UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PLAINTIFF | ) | |
| | ) | |
| MARILYN WALLACE | ) | CASE NO:  **07 1837** |
| 22 Longhorn Dr. | ) | |
| Buffalo, Wyoming 82834 | ) | |
| (307) 684-5769 | ) | |
| | ) | COMPLAINT FOR DAMAGES FOR ILLEGAL |
| | ) | |
| VS | ) | TAX COLLETION UNDER §7433 |
| | ) | |
| | ) | |
| DEFENDANTS | ) | |
| | ) | (Jury Trial Requested) |
| UNITED SATES OF AMERICA | ) | |
| | ) | |
| The U.S. Attorney General | ) | |
| 950 Pennsylvania Ave., NW | ) | |
| Washington, DC 20530 | ) | |
| | ) | |
| The U.S. Attorney for the District of Columbia | | |
| 501 Third Street, NW | ) | |
| Washington, DC 20001 | ) | |
| | ) | |
| Internal Revenue Service | ) | |
| 1111 Constitution Ave., NW | ) | |
| Washington, DC 20224 | ) | |
| | ) | |

# **COMPLAINT**

Plaintiff Marilyn Wallace complains of Defendant United States of America and seeks damages for Illegal Tax Collections under IRC §7433.

The IRS has admitted that the levy was illegal in issuing to Plaintiff two separate checks amounting to approximately $11,000 (attached hereto as Exhibit A and incorporated by reference herein).

I    <u>INTRODUCTION</u>

1. This complaint is being filed under FRCP 4.

2. This is an action brought under 26 USC §7433 for damages of $100,000 plus fees and cost for an illegal Internal Revenue Service levy on plaintiff's pension, return of monies illegally taken plus interest.

3. Plaintiff requests trial by jury, pursuant to FRCP 38.

4. This Court has jurisdiction pursuant to 28 USC Section 1331 as this action involves federal statues and a defendant federal agency, plus IRC §7433, FRCP 65, 28 USC §§ 451, 1331, 1357, 1631, and 1391(c). The United States is a citizen of this district.

5. Marilyn Wallace is a citizen and resident of the state of Wyoming.

6. Marilyn Wallace is sole supporter of herself and main financial supporter of her husband. The illegal levy consisted of 55% of her pension and caused immense financial hardship.

II    FACTS

7. On September 25, 2001 the IRS levied Plaintiff's Michigan State Teacher's Pension in the amount of $945.54 per month. This continued until June 2006. A total of $53,895.78 was illegally removed from her pension.

8. Plaintiff had a tax debt of approximately $10,000 which was listed at that time as approximately $30,000. Approximately $43,000 was illegally taken but the IRS only admits that $20,000 was excessive. In any event, any amount of more than $1.00 would be an excessive levy. Much of this was removed from her pension well after the correct amount had already been levied.

9. Monies taken out of her pension (after the levy was satisfied) would be classified as excessive, illegal and unwarranted. This happens frequently and Congress has repeatedly ordered the IRS to stop it. According to the Governmental Accountability Office (GAO), three out of four IRS liens and levies are incorrect, unauthorized or illegal.

10. Plaintiff made several phone calls and wrote several letters to numerous collection officers informing them clearly and distinctly that the amount they claimed she owed had already been removed from her pension check. Even if she owed the amount the IRS claimed, that amount had long been satisfied, ended, completed, finished over with and levied upon before the levy was finally stopped.

11. Mrs. Wallace met with IRS Agent Thomas Bentley on May 25, 2006 in Billings, MT Thereupon he immediately ended the levy. This also was the IRS admission that the levy was in excess of $1.00 or more.

12. On March 16, 2007 the IRS sent her two checks totaling $10,954.18 (Exhibit A). This is clearly an unmistakable acknowledgment by the IRS that the levy was excessive or unauthorized in that amount. Plaintiff's figures show the excessive amount was well over $10,954.18.

13. The IRS also levied her social security retirement benefit in the amount of $3,449.10. Further, they levied her husband's social security check for the joint tax returns for $3,074.09 for a grand total of all the three pensions of $60,418.97.

III    EXHAUST ADMINISTRATIVE REMEDIES

14. Plaintiff has exhausted her administrative remedies:

   A.    On the July 5, 2006 Plaintiff filed her ADMINISTRATIVE CLAIM FOR UNAUTHORIZED COLLECTION ACTIONS UNDER IRS 7433 & 26 CFR 301.7433-1, which is attached hereto as Exhibit B and incorporated by reference herein.

    B.    On the August 28, 2006 Plaintiff filed her ADMINISTRATIVE CLAIM FOR UNAUTHORIZED COLLECTION ACTIONS UNDER IRS 7433 & 26 CFR 301.7433-1, which is attached hereto as Exhibit C and incorporated by reference herein.

    C.    The Tax Service has not denied either of these and more than six months has expired since she filed.

## IV    DAMAGES

15. Plaintiff and her husband were denied the necessities of life due to the levies on their three pensions. Due to the excessive levy and the recalcitrance of the IRS, Plaintiff suffered mental anguish, anxiety, and emotional distress.

    Plaintiff and her husband are elderly, unable to work and live in an isolated area far from relatives and friends. To stop the robbery of her pensions, Plaintiff had to hire expensive tax professionals to assist her in writing letters and to advise her.

16. The damages include approximately $60,000 for excessive levies on their pensions plus interest, actual damages of $100,000, attorney's fees and costs, etc.

**17. Summary of Damages:**

Plaintiff supposedly owes the IRS about $10,000.

According to Plaintiff, the IRS confiscated about $60,000.

According to the IRS, they confiscated about $50,000.

The IRS paid back about $11,000.

<u>Plaintiff seeks</u> about $39,000 or $49,000 (depending on whose record is more accurate) PLUS interest, actual damages of $100,000, attorney's fees and costs, etc.

18. In conclusion, the Congress of the United States enacted the Unauthorized Tax Collection Act as part of the Taxpayer Bill of Rights II. The elected representatives of the people were appalled over certain incidences of meanness of the tax service and many incidences of appalling actions by tax collectors. Some collection agents made no effort to obey the laws of Congress, the agency regulations, or their own policies. The agency supervisors and the inspection division of the IRS were aware of these travesties against the people of this country and they looked the other way.  Therefore to make agents obey the law, Congress passed remedial legislation.

   In order to encourage citizens like plaintiff who were aggrieved, Congress made this a self-help enactment with ample provisions for attorney fees and damages, similar to other federal bounty hunter statutes.

   Consequently, to affect the will of Congress, this Honorable Court should maximize the damages awarded to the tax victim.

WHEREFORE Plaintiff requests thatt his Honorable Court do grant the relief herein

requested, along with fees,cost s, and other relief the Court deems appropriate.


_____                          Date: October 11, 2007
**Elias Aoun, Esq. Bar Number 479315**
**1730 N. Lynn St., # A-22**
**Arlington, VA 22209-2004**
**Cell Phone 202-257-7796**

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

E
07-1837
RMU

## I (a) PLAINTIFFS

Marilyn Wallace

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88888
(EXCEPT IN U.S. PLAINTIFF CASES)

City of Buffalo, Wyoming

## DEFENDANTS

United States of America
Internal Revenue Service
U.S. Attorney General;

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  D.C.
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

## (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Elias Aoun
1730 N. Lynn St. # A-22
Arlington, VA 22209

Case: 1:07-cv-01837
Assigned To : Urbina, Ricardo M.
Assign. Date : 10/11/2007
Description: General Civil

**JURY ACTION**

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☒ | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one in a corresponding Nature of Suit**)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/ Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☒ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☒ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(3)

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

V. ORIGIN
☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
*Illegal Tax Collection    26 USC § 7433*
*Please refer to attached complaint, IRC § 7433*

VII. REQUESTED IN COMPLAINT   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $   Check YES only if demanded in complaint   JURY DEMAND: ☑ YES  ☐ NO

VIII. RELATED CASE(S) IF ANY   (See instruction)   ☐ YES  ☐ NO   If yes, please complete related case form.

DATE 10/11/07   SIGNATURE OF ATTORNEY OF RECORD *[signature]*

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd