# United States District Court
## FOR THE DISTRICT OF COLUMBA

Marilyn Wallace )
Plaintiff )
)
)
Vs. )   Civil Action No.: 07 1837
)
)
The United States, et al, )
Defendant )

## AFFIDAVIT OF SERVICE

I, Elias Aoun, hereby declare that on the 12th day of October, 2007, I mailed a copy of the summons and complaint, certified mail requested, to **The US Attorney General**. Attached hereto is the certified green card acknowledging service.

[Certified mail return receipt card addressed to:
U.S. Attorney General
950 Pennsylvania Ave, NW
Washington, DC 20530
Article Number: 7003 1010 0000 5617 4410
Received OCT 1 6 2007]

*Elias Aoun*    10/31/07

Elias Aoun, Esq. Bar No. 479315
1730 N. Lynn Street #A-22
Arlington, VA 22209
Cell Phone: 202-257-7796