# United States District Court
### FOR THE DISTRICT OF COLUMBA

Marilyn Wallace )
Plaintiff )
 )
 )
Vs. ) Civil Action No.: 07 1837
 )
The United States, et al. )
Defendant )

### AFFIDAVIT OF SERVICE

I, Elias Aoun, hereby declare that on the 12th day of October, 2007, I mailed a copy of the summons and complaint, certified mail requested, to **The Internal Revenue Service**. Attached hereto is the certified green card acknowledging service.

[Certified mail return receipt — PS Form 3811, August 2001]

Article Addressed to:
Internal Revenue Service
1111 Constitution Ave, NW
Washington, DC 20224

Article Number: 7003 1010 0000 5617 4427

Elias Aoun, Esq. Bar No. 479315
1730 N. Lynn Street #A-22
Arlington, VA 22209
Cell Phone: 202-257-7796