# United States District Court
## FOR THE DISTRICT OF COLUMBA

Marilyn Wallace )
Plaintiff )
)
Vs. ) Civil Action No.: 07 1837
)
The United States, et al. )
Defendant )

### AFFIDAVIT OF SERVICE

I, Elias Aoun, hereby declare that on the 12th day of October, 2007, I mailed a copy of the summons and complaint, certified mail requested, to **The US Attorney for the District of Columbia.** Attached hereto is the certified green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) NOV 0 5 2007  C. Date of Delivery |
| 1. Article Addressed to:<br>U.S. Attorney<br>for the District of Columbia<br>501 Third St., NW<br>Washington, DC 20001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 1010 0000 5617 4403 |
| PS Form 3811, August 2001 | Domestic Return Receipt  102595-01-M-2509 |

[signature]
Elias Aoun, Esq. Bar No. 479315
1730 N. Lynn Street #A-22
Arlington, VA 22209
Cell Phone: 202-257-7796



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 7003 1010 0000 5617 4403
Detailed Results:

- Delivered, November 05, 2007, 4:45 am, WASHINGTON, DC 20530
- Notice Left, November 05, 2007, 3:04 am, WASHINGTON, DC 20530
- Forwarded, November 01, 2007, 12:57 pm, WASHINGTON, DC
- Forwarded, October 25, 2007, 1:10 pm, WASHINGTON, DC
- Forwarded, October 15, 2007, 2:37 pm, WASHINGTON, DC
- Arrival at Unit, October 15, 2007, 2:33 pm, WASHINGTON, DC 20001
- Acceptance, October 12, 2007, 2:38 pm, ARLINGTON, VA 22202

< Back        Return to USPS.com Home >



Track & Confirm

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.

*Delayed delivery to U.S. Atty for D.C.*