IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

MARILYN WALLACE )
)
Plaintiff, )
)
v. )    No. 1:07-cv-01837-RMU
)
UNITED STATES )
)
Defendant. )

**MEMORANDUM OF LAW IN OPPOSITION
TO PLAINTIFF'S MOTION FOR MAXIMUM DAMAGES**

This is a civil action in which plaintiff, Marilyn Wallace, alleges that the Internal
Revenue Service "illegally" levied upon her pension.  The plaintiff seeks a summary
judgment that grants her a refund of the amounts levied from pension funds, additional
damages for her pain and suffering, and further damages to teach the Service a lesson.
But Wallace is not entitled to these damages because she has not proven that any
improper collection activity occurred.  Accordingly, the United States moves for
summary judgment to deny  Wallace's motion.

**Statement**

1.  Procedural History.  Wallace filed her complaint on October 11, 2007 (docket
no. 1.)  On December 7, 2007, the United States filed a motion to dismiss and transfer
venue.  (docket no. 5.)  That motion is still pending.  Wallace responded to the motion to
dismiss and transfer venue on December 25, 2007 and also filed a motion for
"maximum damages" on January 3, 2008.  (docket nos. 7, 8.)  Wallace's response both
allege the same underlying facts and request that the Court grant judgment summarily

rather than transfer the case to the United States District Court for the District of Wyoming. The motion for maximum damages cites to exhibits filed with the response to the United States' motion to dismiss.

2. Tax Liability and Payment. Between 1994 and 2003, Wallace failed to timely file income tax returns.[1] Based on the information available to the Service at the time, the Service prepared deficiency notices, supported by revenue agent reports. The deficiency notices fell upon deaf ears, and thereafter, the Service assessed taxes, applicable penalties, and statutory additions. The Service then issued notices of levy and levied upon Wallace's pension and social security account. The Service used these funds to satisfy Wallace's tax debts.

For some of the tax years, Wallace later filed tax returns. The Service used these returns to recalculate Wallace's debts in those years. This recalculation led to a refund for tax years 1994 and 1995 of some of the levied funds. These refunds were based on the new, albeit late, information that Wallace provided.

3. Wallace's Allegations. Wallace alleges that she had a tax debt of $6,573.00. (Mot. for Max. Damages ¶ 7A.) Between September 25, 2001 and June 2006, the Service levied the plaintiff's pension and social security account. (*Id*.) In total, Wallace alleges that $57,344.88 was removed beyond the amount needed to satisfy her tax liabilities. (*Id*.)

---

[1]The United States has filed a certified transcript for each tax year as Exhibit 101 that show these facts.

Wallace seeks a refund of the levied funds as they were "excessive and illegal." (*Id*.) She further states that the levy exceeded a 15% statutory cap for removal of certain salaries and pensions funds. (*Id*.); 26 U.S.C. 6331(h). She then seeks damages for "mental anguish, anxiety, and emotional distress . . . [and] new ailments such as high blood pressure." (*Id*. ¶ 7C.) In her complaint and motion, the plaintiff asks for "maximum damages" of $100,000 under 26 U.S.C. § 7433.[2] (Compl. ¶ 17 & Mtn. for Max. Damages ¶ 7.)

## Argument

Wallace's motion for maximum damages fails for three reasons. First, Wallace fails to provide admissible evidence, as is required under Fed. R. Civ. P. 56. Second, without evidence that is admissible and corroborated, Wallace cannot overcome the presumption of correctness in favor of the Service's tax assessments. Third, Wallace fails to demonstrate that the Service engaged in an improper collection activity that would allow for redress under 26 U.S.C. § 7433.

### I.    Plaintiff Fails to Bring Forth Evidence Showing No Genuine Issue of Material Fact Exists.

Wallace's motion is a motion for summary judgment, as she seeks a judgment and asserted that the facts of the case are "undisputed." *See* Fed. R. Civ. P. 56(c) (requiring a showing "that there is no genuine issue as to any material fact and that the

---

[2] As discussed in our motion to dismiss, section 7433 provides a cap on damages of $100,000 in cases of negligence. 26 U.S.C. § 7433(b). Wallace reads this cap as allowing "maximum damages" of $100,000 in any case. She has misread the statute's limit and can only recover, at most, her court costs and actual, direct economic, damages.

moving party is entitled to a judgment as a matter of law.")  Under Fed. R. Civ. P. 56,

summary judgment can be granted only if the party's motion is made on information

that is admissible as evidence.  Fed. R. Civ. P. 56(e); *e.g.*, *Tabb v. Dist. of Columbia*, 477 F.

Supp. 2d 185, 188 (D.D.C. 2007) (not considering documents submitted with necessary

foundation as facts).

Wallace fails to provide admissible evidence.  For example, Wallace alleges that

over $43,000 was removed from the pensions in excess of the tax liability.  (Compl. ¶ 8.)

But Wallace fails to provide any documentation in this motion or her complaint of the

amount of the amount levied, her tax overpayments, or the amount of her current

benefit payments.  (*See* Compl. & Mtn. for Max. Damages.)

In her response to the United States' motion to dismiss and transfer venue,

Wallace does provide some documentation of the amount taken through a letter from

her pension provider.  (*See* Resp. to Mtn. to Dismiss., Exh. D.)  But this document is not

authenticated by any affidavit, *see* Fed. R. Civ. P. 56(e); Fed. R. Evid. 901, and it is

hearsay to the extent it is the testimony of her pension-plan sponsor's testimony about

the amount that the Service removed from her account.  Fed. R. Evid. 801, 802.

Accordingly, the letter is inadmissible. Without admissible evidence of the amount

levied that was excessive, Wallace cannot be granted summary judgment.[3]

---

[3] Moreover, L. Cv. R. 56.1 requires a submission of a statement of material facts
as to which there is no genuine issue, which must include references to the parts of the
record relied on to support the statement.  L. Cv. R. 56.1; *Tabb*, 477 F. Supp. 2d at 187-
188 (D.D.C. 2007).  A motion without such a statement generally will be denied.  *Id.*

II.    **The United States' Certified Transcripts Show That the Levied Amounts Were Properly Applied to the Taxes Due.**

The United States' certified transcripts demonstrate that the funds taken from Wallace's pension been applied to her tax liability in a legal way. These transcripts show that the levied funds were either applied to a tax liability or refunded. In the case of tax years 1994 and 1995, the applicable transcripts demonstrate that the returns, when filed, reduced the total tax debt and resulted in the refund in each year.[4]

The current evidence that Wallace provided does not overcome the presumption that these transcripts are correct. "It has long been held that the IRS's tax assessments are presumptively correct and the taxpayer bears the burden of proving any error." *Buaiz v. United States*, 2007 WL 4150972, *2 (2007); see *United States v. Fior D'Italia, Inc.*, 536 U.S. 238, 242-43, (2002); *United States v. Janis*, 428 U.S. 433 (1976). The presumption of correctness "can help the Government prove its case against a taxpayer in court." *Buaiz*, 2007 WL 4150972, *2; *Fior D'Italia*, 536 U.S. at 242. "A certified transcript (Form 4340) reflecting an assessment is presumptive proof of the taxpayer's liability." *Buaiz*, 2007 WL 4150972, *2; *see Brounstein v. United States*, 979 F.2d 952, 954 (3d Cir.1992). To overcome this proof, Wallace will need more than her own uncorroborated testimony. *E.g., United States v. Pomponio*, 635 F.2d 293, 296 (4th Cir. 1980).[5]

---

[4] Exhibit 101. The transcripts are admissible and self authenticating under Fed. R. Evid. 902.

[5] *Liddy v. Commissioner*, 808 F.2d 312, 315-16 (4th Cir. 1986) (uncorroborated oral testimony insufficient); *Mays v. United States*, 763 F.2d 1295, 1297 (11th Cir. 1985) ("something other than tax returns, *** uncorroborated oral testimony, *** or self-serving statements" is required to meet taxpayer's burden); (uncorroborated and self-

Wallace does provide some – but insufficient – evidence of her tax liability. Wallace alleges that her tax liability was $6,573 based on a notice of levy sent on May 14, 2001. (Response to Mtn. to Dismiss, Ex. D.) But that notice only provides for her civil-penalty assessments. As shown through these transcripts, Wallace also owed federal income taxes along with her assessed penalty. Both sets of tax liability resulted in levies.

### III.    Wallace Cannot Be Granted Relief Because She Fails to Demonstrate Any Improper Collection Activity Occurred.

Wallace seeks relief under 26 U.S.C. § 7433. Section 7433 authorizes suits for damages against the United States if "in connection with any collection of Federal tax", an employee of the Internal Revenue Service "recklessly or intentionally, or by reason of negligence, disregards any provision of this title, or any regulation promulgated" thereunder. 26 U.S.C. § 7433(a).

A plaintiff must show that a Service employee committed an illegal act in connection with collecting federal taxes. *Brewer v. Comm'r*, 430 F. Supp. 2d 1254, 1260 (S.D. Ala. 2006). Courts have narrowly construed what constitutes "collection activities." Taxpayers cannot seek damages under section 7433 for an improper assessment of taxes. *Evans-Hoke v. Paulson*, 503 F. Supp. 2d 83, 86 (D.D.C. 2007); *Buaiz v.*

---

serving profit and loss statements insufficient), *aff'd*, 71 Fed.Appx. 792 (10th Cir. 2003). As stated succinctly by the Fifth Circuit in *Laney v. Commissioner*, 674 F.2d 342, 349 (5th Cir. 1982), "[s]ince the taxpayer will always–absent some suicidal tendencies or masochistic desire to pay taxes he argues are not due–give such testimony, the Court's holding [that a taxpayer's testimony is sufficient to overcome the presumption of correctness] effectively guts" the traditional burden of proof.

*United States*, 471 F. Supp. 2d 129, 136 (D.D.C. 2007); *Shaw v. United States*, 20 F.3d 182, 184 (5th Cir. 1994).  Rather, a taxpayer must prove improper collection practices by demonstrating "that the IRS did not follow the prescribed methods of acquiring assets." *Shaw v. United States*, 20 F.3d at 184.

Here Wallace makes two allegations of improper activity.  First, she alleges that the amounts removed were excessive and illegal.  But that argument is a fancier way of challenging the assessments made by the Service.  On its face, this argument cannot fall under section 7433.  Second, Wallace alleges that the Service exceeded the amount it could take from her pension at any given time.  (Mot. for Max. Damages ¶ 7A.)  Section 6331(h) caps a continuous levy at 15% of salaries and payments from certain funds.  26 U.S.C. § 6331(h).  But Wallace fails to show how that section applies to her pension plan and how the Service's levy exceeded the 15% limit.  Without proof, judgment should not be granted at this time.

**Conclusion**

Wallace's motion for maximum damages should be denied as it does not provide evidence that can lead to a finding that no genuine issue of material fact exists.

Date: January 15, 2008.

Respectfully submitted,

/s/ Ari Kunofsky
ARI D. KUNOFSKY
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 353-9187
Ari.D.Kunofsky@usdoj.gov

OF COUNSEL:
JEFFREY A TAYLOR
United States Attorney



# United States        of America

### Department of the Treasury
### Internal Revenue Service

Date:  Sept. 14, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Marilyn J. Wallace, SSN: ███-██-3904 and Spouses SSN: ███-██-7076*, for U.S. Individual Income Tax Return (Form 1040), for the tax period ending December 31, 1994, consisting of nine pages ———————————————

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Sally Gale*

Sally Gale
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198



Catalog Number 19002E                    Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------

MARILYN J WALLACE                    EIN/SSN: ████████3904
                                              ████████-7076*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1994

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| | ADJUSTED GROSS INCOME 50,254.00 | | | |
| | TAXABLE INCOME 44,629.00 | | | |
| 02-11-1998 | SUBSTITUTE FOR RETURN 29210-045-25103-8 | | 0.00 | 03-16-1998 |
| | ESTIMATED TAX PENALTY 20030608 | 506.92 | | 02-17-2003 |
| | LATE FILING PENALTY 20030608 | 2,506.25 | | 02-17-2003 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-427-00018-3  20030608 | 10,025.00 | | 02-17-2003 |
| 01-28-2003 | OVERPAID CREDIT APPLIED 1040        199812 | | 393.16 | |
| | INTEREST ASSESSED 20030608 | 11,117.90 | | 02-17-2003 |
| 02-03-2003 | SUBSEQUENT PAYMENT | | 945.54 | |
| 03-02-2003 | SUBSEQUENT PAYMENT | | 945.54 | |
| 03-30-2003 | OVERPAID CREDIT APPLIED CVPN        199012 | | 212.89 | |
| 04-29-2003 | SUBSEQUENT PAYMENT | | 945.54 | |

FORM 4340  (REV. 01-2002)              PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

MARILYN J WALLACE                          EIN/SSN: ●●●●●●●-3904
                                                    ●●●●●●-7076*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1994


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 06-09-2003 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 05-28-2003 | SUBSEQUENT PAYMENT | | 945.54 | |
| 06-29-2003 | OVERPAID CREDIT APPLIED CVPN        199112 | | 0.10 | |
| 07-03-2003 | OVERPAID CREDIT APPLIED CVPN        199112 | | 140.55 | |
| 07-30-2003 | OVERPAID CREDIT APPLIED CVPN        199412 | | 200.54 | |
| 08-26-2003 | OVERPAID CREDIT APPLIED CVPN        199212 | | 544.05 | |
| 09-03-2003 | OVERPAID CREDIT APPLIED CVPN        199212 | | 140.55 | |
| 09-29-2003 | SUBSEQUENT PAYMENT | | 194.30 | |
| 10-03-2003 | OVERPAID CREDIT APPLIED CVPN        199312 | | 140.54 | |

FORM 4340  (REV. 01-2002)                    PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

MARILYN J WALLACE                    EIN/SSN: ████████-3904
                                              ████████-7076*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1994

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| 10-27-2003 | SUBSEQUENT PAYMENT | | 945.54 | |
| 11-26-2003 | SUBSEQUENT PAYMENT | | 945.54 | |
| 12-19-2003 | FEDERAL TAX LIEN | | | |
| 12-23-2003 | SUBSEQUENT PAYMENT | | 945.54 | |
| 01-29-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 01-26-2004 | SUBSEQUENT PAYMENT | | 945.54 | |
| 02-25-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE COLL DUE PROCESS NOTICE REFUSED/UNCLAIMED | | | |
| 03-28-2004 | SUBSEQUENT PAYMENT | | 945.54 | |
| 04-27-2004 | SUBSEQUENT PAYMENT | | 945.54 | |

FORM 4340  (REV. 01-2002)                    PAGE    3

# CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

----------------------------------------------------------------------

MARILYN J WALLACE                          EIN/SSN: ████████-3904
                                                    ████████-7076*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1994


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 06-14-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 05-21-2004 | INSTALLMENT AGREEMENT | | | |
| 06-30-2004 | SUBSEQUENT PAYMENT | | 945.54 | |
| 07-13-2004 | SUBSEQUENT PAYMENT LEVY | | 287.50 | |
| 07-27-2004 | SUBSEQUENT PAYMENT | | 945.54 | |
| 08-15-2004 | SUBSEQUENT PAYMENT LEVY | | 287.50 | |
| 08-29-2004 | SUBSEQUENT PAYMENT | | 945.54 | |
| 08-22-2004 | AMENDED RETURN FILED 29277-651-00295-4 | | | |
| 09-20-2004 | SUBSEQUENT PAYMENT LEVY | | 287.50 | |
| 09-26-2004 | SUBSEQUENT PAYMENT | | 945.54 | |

FORM 4340  (REV. 01-2002)              PAGE    4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

MARILYN J WALLACE                    EIN/SSN: ████-3904
                                              ████-7076*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1994

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| 10-18-2004 | SUBSEQUENT PAYMENT LEVY | | 287.50 | |
| 11-15-2004 | SUBSEQUENT PAYMENT LEVY | | 287.50 | |
| 11-29-2004 | SUBSEQUENT PAYMENT | | 945.54 | |
| 12-13-2004 | SUBSEQUENT PAYMENT LEVY | | 287.50 | |
| | FAILURE TO PAY TAX PENALTY 20050408 | 2,449.00 | | 02-07-2005 |
| 02-17-2003 | ESTIMATED TAX PENALTY ABATED | | 13.31- | |
| | ESTIMATED TAX PENALTY 20030608 | | 13.31 | 02-17-2003 |
| | LATE FILING PENALTY 20050408 | | 88.97 | 02-07-2005 |
| 04-15-1995 | WITHHOLDING CREDIT | | 230.00 | |
| | ADDITIONAL TAX ASSESSED 83254-762-00014-4  20050408 | 0.00 | | 02-07-2005 |

FORM 4340  (REV. 01-2002)              PAGE    5

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------

MARILYN J WALLACE                       EIN/SSN: ███████-3904
                                                  ██-7076*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1994

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| 12-20-2004 | SUBSEQUENT PAYMENT | | 945.54 | |
| 01-14-2005 | SUBSEQUENT PAYMENT LEVY | | 303.50 | |
| 01-28-2005 | SUBSEQUENT PAYMENT | | 945.54 | |
| 02-14-2005 | SUBSEQUENT PAYMENT LEVY | | 303.50 | |
| 03-01-2005 | SUBSEQUENT PAYMENT | | 945.54 | |
| 03-14-2005 | SUBSEQUENT PAYMENT LEVY | | 199.30 | |
| | ADDITIONAL TAX ASSESSED 83254-497-05025-5  20051508 | 0.00 | | 04-25-2005 |
| 04-14-2005 | SUBSEQUENT PAYMENT LEVY | | 199.30 | |
| 04-26-2005 | SUBSEQUENT PAYMENT | | 945.54 | |

FORM 4340  (REV. 01-2002)              PAGE    6

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

MARILYN J WALLACE

EIN/SSN: ██████-3904
         ████████-7076*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC 1994

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|--------------------------------------|-----------------------------|----------------------------------|
| 05-27-2005 | SUBSEQUENT PAYMENT | | 945.54 | |
| 06-28-2005 | SUBSEQUENT PAYMENT | | 945.54 | |
| 07-27-2005 | SUBSEQUENT PAYMENT | | 945.54 | |
| 08-29-2005 | SUBSEQUENT PAYMENT | | 945.54 | |
| 10-03-2005 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-19-2005 | REVERSES ACTIVE INSTALLMENT AGREEMENT | | | |
| 09-26-2005 | SUBSEQUENT PAYMENT | | 945.54 | |
| | INTEREST ASSESSED 20054008 | 926.20 | | 10-17-2005 |
| 10-31-2005 | SUBSEQUENT PAYMENT | | 945.54 | |

FORM 4340  (REV. 01-2002)                    PAGE    7

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

MARILYN J WALLACE                          EIN/SSN: ▓▓▓▓3904
                                                    ▓▓▓▓7076*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1994

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------|------|------|
| | INTEREST ASSESSED 20054608 | | 488.41 | 11-28-2005 |
| 05-11-2007 | FEDERAL TAX LIEN RELEASED | | | |
| 03-18-1996 | Taxpayer Deliquency Notice | | | |
| 04-08-1996 | Taxpayer Deliquency Notice | | | |
| 02-17-2003 | Statutory Notice of Balance Due | | | |
| 03-10-2003 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                  PAGE    8

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

----------------------------------------------------------------------

MARILYN J WALLACE                          EIN/SSN: ████████-3904
                                                    ███ ██-7076*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1994
----------------------------------------------------------------------


BALANCE          457.13-

----------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

----------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _Sally Gale_____

PRINT NAME:_____Sally Gale_____

TITLE:_____Supervisor Accounting Technician, Ogden W&I Submission Processing____

DELEGATION ORDER:_____SW Delegation Order 198_____


LOCATION: INTERNAL REVENUE SERVICE


          ACCOUNT STATUS DATE 09/14/2007

FORM 4340  (REV. 01-2002)                    PAGE     9



**United States** of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Nov. 05, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Marilyn J. Wallace, SSN: ███-3904 and Spouses SSN: ███-7076*, for U.S. Individual Income Tax Return (Form 1040), for the tax period ending December 31, 1995, consisting of seven pages ——————————————————————

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

MARILYN J WALLACE                    EIN/SSN: ██████3904
                                              ██████-7076*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1995

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| 02-11-1998 | SUBSTITUTE FOR RETURN 29210-045-25104-8 | 0.00 | | 03-16-1998 |
| | ESTIMATED TAX PENALTY 20030608 | 138.85 | | 02-17-2003 |
| | LATE FILING PENALTY 20030608 | 640.25 | | 02-17-2003 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-427-00019-3  20030608 | 2,561.00 | | 02-17-2003 |
| 02-17-2003 | RENUMBERED RETURN 29247-427-00019-3 | | | |
| | INTEREST ASSESSED 20030608 | 2,310.34 | | 02-17-2003 |
| 06-02-2003 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-19-2003 | FEDERAL TAX LIEN | | | |
| 02-09-2004 | FEES AND COLLECTION COSTS | 15.00 | | |
| 01-29-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)              PAGE     1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

MARILYN J WALLACE                    EIN/SSN: ████-3904
                                              ▓▓-7076*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1995

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| 02-25-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE COLL DUE PROCESS NOTICE REFUSED/UNCLAIMED | | | |
| 06-14-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 05-21-2004 | INSTALLMENT AGREEMENT | | | |
| 10-03-2005 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-19-2005 | REVERSES ACTIVE INSTALLMENT AGREEMENT | | | |
| 11-28-2005 | SUBSEQUENT PAYMENT | | 945.54 | |
| 01-10-2006 | SUBSEQUENT PAYMENT | | 945.54 | |
| 02-06-2006 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                    PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

------------------------------------------------------------------------

MARILYN J WALLACE                          EIN/SSN: ▮▮▮▮2-3904
                                                    ▮▮▮▮2-7076*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1995

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 06-24-2002 | OVERPAID CREDIT APPLIED 1040      199812 | | 642.55 | |
| 07-31-2002 | OVERPAID CREDIT APPLIED 1040      199812 | | 239.74 | |
| 02-09-2004 | OVERPAID CREDIT APPLIED 1040      199812 | | 15.00 | |
| 02-17-2003 | OVERPAID CREDIT APPLIED 1040      199812 | | 363.81 | |
| 09-29-2002 | OVERPAID CREDIT APPLIED 1040      199812 | | 566.73 | |
| 02-17-2003 | OVERPAID CREDIT APPLIED 1040      199812 | | 945.54 | |
| 02-17-2003 | OVERPAID CREDIT APPLIED 1040      199812 | | 722.99 | |
| 11-28-2002 | OVERPAID CREDIT APPLIED 1040      199812 | | 222.55 | |
| 01-28-2003 | OVERPAID CREDIT APPLIED 1040      199812 | | 253.09 | |
| | INTEREST ASSESSED 20060408 | 197.64 | | 02-06-2006 |

FORM 4340  (REV. 01-2002)                    PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

MARILYN J WALLACE                          EIN/SSN: ▆▆▆▆-3904
                                                    ▆▆▆▆-7076*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1995

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 02-17-2003 | LATE FILING PENALTY ABATED | | 640.25- | |
| 02-17-2003 | ESTIMATED TAX PENALTY ABATED | | 138.85- | |
| 09-18-2006 | PRIOR TAX ABATED 83254-628-05069-6 | | 2,561.00- | |
| 09-18-2006 | INTEREST ABATED | | 2,507.98- | |
| | ADDITIONAL TAX ASSESSED 83254-443-05007-7  20070808 | | 0.00 | 03-05-2007 |
| 03-24-2003 | INTEREST DUE TAXPAYER | | | 2.44 |
| 06-24-2002 | OVERPAYMENT CREDIT TRANSFERRED 1040       199912 | | | (56.07) |
| 06-24-2002 | OVERPAYMENT CREDIT TRANSFERRED 1040       199912 | | | (351.26) |
| 06-24-2002 | OVERPAYMENT CREDIT TRANSFERRED 1040       200112 | | | (220.22) |

FORM 4340  (REV. 01-2002)              PAGE    4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------

MARILYN J WALLACE                    EIN/SSN: ████-3904
                                              ████-7076*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1995


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 08-08-2005 | INTEREST DUE TAXPAYER | | 1.18 | |
| 07-31-2002 | OVERPAYMENT CREDIT TRANSFERRED 1040      200112 | | (7.13) | |
| 07-31-2002 | OVERPAYMENT CREDIT TRANSFERRED 1040      200112 | | (201.33) | |
| 04-15-2003 | INTEREST DUE TAXPAYER | | 10.26 | |
| 07-31-2002 | OVERPAYMENT CREDIT TRANSFERRED 1040      200212 | | (31.28) | |
| 09-29-2002 | OVERPAYMENT CREDIT TRANSFERRED 1040      200212 | | (234.72) | |
| 09-29-2002 | OVERPAYMENT CREDIT TRANSFERRED 1040      200212 | | (64.00) | |
| 03-19-2007 | REFUND | | (5,631.62) | |
| 03-19-2007 | INTEREST DUE TAXPAYER | | 935.67 | |

FORM 4340  (REV. 01-2002)              PAGE    5

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

MARILYN J WALLACE                         EIN/SSN: ████-3904
                                                   ████-7076*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1995


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 05-11-2007 | FEDERAL TAX LIEN RELEASED | | | |
| 02-17-2003 | Statutory Notice of Balance Due | | | |
| 03-10-2003 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE    6

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

MARILYN J WALLACE                          EIN/SSN: ███████-3904
                                                    -7076*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1995

---

BALANCE           0.00

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER: *Linda L. Drake*

PRINT NAME:__Linda L. Drake_____

TITLE:__Supervisor Accounting Technician, Ogden W&I Submission Processing__

DELEGATION ORDER:__SW Delegation Order 198__

LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 11/05/2007

FORM 4340  (REV. 01-2002)                PAGE     7



# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date:  Sept. 14, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Marilyn J. Wallace, SSN: ████-██-3904 and Spouses SSN: ████-██-7076*, for U.S. Individual Income Tax Return (Form 1040), for the tax period ending December 31, 1996, consisting of six pages

under the custody of this office.

IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Sally Gale*

Sally Gale
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

MARILYN J WALLACE                    EIN/SSN:  3███████3904
                                               3███████7076*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1996

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 02-11-1998 | SUBSTITUTE FOR RETURN 29210-045-25105-8 | 0.00 | | 03-16-1998 |
| | ESTIMATED TAX PENALTY 20031108 | 114.48 | | 03-24-2003 |
| | LATE FILING PENALTY 20031108 | 486.00 | | 03-24-2003 |
| 04-15-1997 | WITHHOLDING CREDIT | | 79.00 | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-463-00050-3  20031108 | 2,239.00 | | 03-24-2003 |
| 03-24-2003 | RENUMBERED RETURN 29247-463-00050-3 | | | |
| | INTEREST ASSESSED 20031108 | 1,546.99 | | 03-24-2003 |
| | FAILURE TO PAY TAX PENALTY 20031108 | 540.00 | | 03-24-2003 |
| 07-28-2003 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-19-2003 | FEDERAL TAX LIEN | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

MARILYN J WALLACE                          EIN/SSN: ████████3904
                                                    ██████-7076*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC 1996


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|--------------------------------------|-----------------------------|----------------------------------|
| 01-29-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 02-25-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE COLL DUE PROCESS NOTICE REFUSED/UNCLAIMED | | | |
| 06-14-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 05-21-2004 | INSTALLMENT AGREEMENT | | | |
| 10-03-2005 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-19-2005 | REVERSES ACTIVE INSTALLMENT AGREEMENT | | | |
| 02-06-2006 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-28-2003 | OVERPAID CREDIT APPLIED 1040        199812 | | 692.45 | |

FORM 4340  (REV. 01-2002)              PAGE     2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

MARILYN J WALLACE                    EIN/SSN:          3904
                                                     -7076*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1996


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 02-17-2003 | INTEREST OVERPAYMENT CREDIT 1040      199812 | | 33.14 | |
| 02-09-2004 | INTEREST OVERPAYMENT CREDIT 1040      199812 | | 1.04 | |
| 02-02-2006 | SUBSEQUENT PAYMENT | | 945.54 | |
| 02-27-2006 | SUBSEQUENT PAYMENT | | 945.54 | |
| 04-27-2006 | SUBSEQUENT PAYMENT | | 945.54 | |
| 03-28-2006 | SUBSEQUENT PAYMENT | | 945.54 | |
| 06-06-2006 | SUBSEQUENT PAYMENT | | 945.54 | |
| | INTEREST ASSESSED 20062508 | 606.86 | | 07-03-2006 |
| 09-18-2006 | FAILURE TO PAY TAX PENALTY ABATED | 540.00- | | |

FORM 4340  (REV. 01-2002)                    PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

----------------------------------------------------------------------

MARILYN J WALLACE

EIN/SSN: ▓▓▓▓-3904
          ▓▓▓-7076*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 1996

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 03-24-2003 | ESTIMATED TAX PENALTY ABATED | | 114.48- | |
| 03-24-2003 | LATE FILING PENALTY ABATED | | 486.00- | |
| 04-15-1997 | WITHHOLDING CREDIT REVERSED | | | (79.00) |
| 09-18-2006 | PRIOR TAX ABATED 83254-628-05071-6 | | 2,239.00- | |
| 09-18-2006 | INTEREST ABATED | | 2,153.85- | |
| | ADDITIONAL TAX ASSESSED 83254-443-05006-7  20070808 | | 0.00 | 03-05-2007 |
| 01-28-2003 | OVERPAYMENT CREDIT TRANSFERRED 1040         199512 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 | | | (535.72) |
| 03-19-2007 | REFUND | | | (5,322.56) |
| 03-19-2007 | INTEREST DUE TAXPAYER | | | 403.95 |
| 05-11-2007 | FEDERAL TAX LIEN RELEASED | | | |
| 03-24-2003 | Statutory Notice of Balance Due | | | |
| 06-02-2003 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE    4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------

MARILYN J WALLACE                         EIN/SSN: ████-3904
                                                   ████-7076*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1996


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| 07-03-2006 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)                    PAGE     5

**CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS**

----------------------------------------------------------------------------

MARILYN J WALLACE

EIN/SSN: ████████3904
         █-7076*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1996

----------------------------------------------------------------------------

BALANCE            0.00

----------------------------------------------------------------------------

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

----------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: *Sally Gale*

PRINT NAME:_____Sally Gale_____

TITLE:_____Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:_____SW Delegation Order 198_____

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 09/14/2007

FORM 4340  (REV. 01-2002)                    PAGE    6

# United States  of America

### Department of the Treasury
### Internal Revenue Service

Date:  Sept. 14, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Marilyn J. Wallace, SSN: ████-3904, for U.S. Individual Income Tax Return (Form 1040), for the tax period ending December 31, 1997, consisting of four pages

under the custody of this office.

IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Sally Gale*

Sally Gale
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

MARILYN WALLACE                          EIN/SSN: ██████-3904


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 1997

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| | ADJUSTED GROSS INCOME 23,466.00 | | | |
| | TAXABLE INCOME 17,366.00 | | | |
| 05-10-2000 | SUBSTITUTE FOR RETURN 29210-141-25032-0 | | 0.00 | 08-21-2000 |
| | ESTIMATED TAX PENALTY 20011508 | | 139.42 | 04-23-2001 |
| | LATE FILING PENALTY 20011508 | | 586.35 | 04-23-2001 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-495-00011-1  20011508 | | 2,606.00 | 04-23-2001 |
| 04-23-2001 | RENUMBERED RETURN 29247-495-00011-1 | | | |
| | INTEREST ASSESSED 20011508 | | 903.59 | 04-23-2001 |
| 07-09-2001 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-28-2001 | SUBSEQUENT PAYMENT | | 945.54 | |
| 10-30-2001 | OVERPAID CREDIT APPLIED CVPN       198512 | | 252.36 | |
| 11-09-2001 | FEDERAL TAX LIEN | | | |

FORM 4340  (REV. 01-2002)              PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

MARILYN WALLACE                          EIN/SSN: ▓▓▓▓▓-3904


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1997


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 12-03-2001 | FEES AND COLLECTION COSTS | 15.00 | | |
| 12-26-2001 | SUBSEQUENT PAYMENT | | 945.54 | |
| 03-11-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 11-25-2001 | OVERPAID CREDIT APPLIED CVPN       198612 | | 268.60 | |
| 01-30-2002 | OVERPAID CREDIT APPLIED CVPN       198612 | | 945.54 | |
| 02-28-2002 | OVERPAID CREDIT APPLIED CVPN       198612 | | 945.54 | |
| | FAILURE TO PAY TAX PENALTY 20021408 | 52.76 | | 04-15-2002 |
| 04-02-2002 | OVERPAID CREDIT APPLIED CVPN       198512 | | 319.76 | |
| | FAILURE TO PAY TAX PENALTY 20021508 | 108.52 | | 04-22-2002 |

FORM 4340  (REV. 01-2002)              PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

MARILYN WALLACE                          EIN/SSN: ███████ 3904


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1997


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| | INTEREST ASSESSED 20021508 | | 211.24 | 04-22-2002 |
| 04-22-2002 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-29-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE COLL DUE PROCESS NOTICE REFUSED/UNCLAIMED | | | |
| 02-14-2003 | FEDERAL TAX LIEN RELEASED | | | |
| 08-16-1999 | Taxpayer Deliquency Notice | | | |
| 04-23-2001 | Statutory Notice of Balance Due | | | |
| 05-14-2001 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

--------------------------------------------------------------------------

MARILYN WALLACE                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1997
--------------------------------------------------------------------------


BALANCE            0.00

--------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Sally Gale_

PRINT NAME:_____Sally Gale_____

TITLE:_____Supervisor Accounting Technician, Ogden W&I Submission Processing____

DELEGATION ORDER:____SW Delegation Order 198_____


LOCATION: INTERNAL REVENUE SERVICE

            ACCOUNT STATUS DATE 09/14/2007

FORM 4340  (REV. 01-2002)                PAGE    4



# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Sept. 14, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Marilyn J. Wallace, SSN: ███████3904 and Spouses SSN: ███████7076*, for U.S. Individual Income Tax Return (Form 1040), for the tax period ending December 31, 1998, consisting of seven pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Sally Gale*

Sally Gale
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

## CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

------------------------------------------------------------------------

MARILYN J WALLACE                    EIN/SSN: ▓▓▓▓-3904
                                              7076*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1998

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| | ADJUSTED GROSS INCOME 17,208.00 | | | |
| | TAXABLE INCOME 3,858.00 | | | |
| 05-10-2000 | SUBSTITUTE FOR RETURN 29210-141-25031-0 | | 0.00 | 08-21-2000 |
| | ESTIMATED TAX PENALTY 20011808 | | 137.46 | 05-14-2001 |
| | LATE FILING PENALTY 20011808 | | 130.72 | 05-14-2001 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-514-00044-1  20011808 | | 3,004.00 | 05-14-2001 |
| | INTEREST ASSESSED 20011808 | | 709.53 | 05-14-2001 |
| | FAILURE TO PAY TAX PENALTY 20011808 | | 375.50 | 05-14-2001 |
| 08-27-2001 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 11-09-2001 | FEDERAL TAX LIEN | | | |
| 03-11-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)              PAGE     1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

MARILYN J WALLACE                              EIN/SSN: ▇▇▇▇-3904
                                                        *7076*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1998


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 04-02-2002 | OVERPAID CREDIT APPLIED CVPN          198512 | | 625.78 | |
| 03-29-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE COLL DUE PROCESS NOTICE REFUSED/UNCLAIMED | | | |
| 05-29-2002 | OVERPAID CREDIT APPLIED CVPN          198712 | | 750.64 | |
| 06-24-2002 | OVERPAID CREDIT APPLIED CVPN          198812 | | 694.71 | |
| 07-31-2002 | OVERPAID CREDIT APPLIED CVPN          198912 | | 239.74 | |
| 09-29-2002 | SUBSEQUENT PAYMENT | | 945.54 | |
| 10-30-2002 | SUBSEQUENT PAYMENT | | 945.54 | |
| 11-28-2002 | SUBSEQUENT PAYMENT | | 945.54 | |
| | FAILURE TO PAY TAX PENALTY 20025008 | 245.10 | | 12-23-2002 |

FORM 4340  (REV. 01-2002)              PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

MARILYN J WALLACE                    EIN/SSN: ▬▬▬3904
                                              ▬▬▬7076*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC 1998

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|-----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 01-28-2003 | SUBSEQUENT PAYMENT | | 945.54 | |
| | INTEREST ASSESSED 20030608 | 434.50 | | 02-17-2003 |
| 01-28-2003 | OVERPAYMENT CREDIT TRANSFERRED 1040        199412 | | (393.16) | |
| | FAILURE TO PAY TAX PENALTY 20030608 | 117.88 | | 02-17-2003 |
| 02-17-2003 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-14-2003 | FEDERAL TAX LIEN RELEASED | | | |
| 05-25-2005 | AMENDED RETURN FILED 29277-571-00632-5 | | | |
| 02-06-2006 | FAILURE TO PAY TAX PENALTY ABATED | | 607.75- | |
| 05-14-2001 | ESTIMATED TAX PENALTY ABATED | | 137.46- | |

FORM 4340  (REV. 01-2002)                    PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

MARILYN J WALLACE                         EIN/SSN: ███████-3904
                                                   ███-7076*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040          TAX PERIOD: DEC  1998

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| 05-14-2001 | LATE FILING PENALTY ABATED | | 545.18- | |
| | LATE FILING PENALTY 20011808 | | 545.18 | 05-14-2001 |
| 02-06-2006 | PRIOR TAX ABATED 83254-418-00031-6 | | 2,423.00- | |
| 02-06-2006 | INTEREST ABATED | | 951.06- | |
| 06-24-2002 | OVERPAYMENT CREDIT TRANSFERRED 1040       199512 | | (642.55) | |
| 07-31-2002 | OVERPAYMENT CREDIT TRANSFERRED 1040       199512 | | (239.74) | |
| 02-09-2004 | INTEREST DUE TAXPAYER | | 1.04 | |
| 02-17-2003 | INTEREST DUE TAXPAYER | | 33.14 | |
| 09-29-2002 | OVERPAYMENT CREDIT TRANSFERRED 1040       199512 | | (15.00) | |
| 09-29-2002 | OVERPAYMENT CREDIT TRANSFERRED 1040       199512 | | (363.81) | |

FORM 4340  (REV. 01-2002)                    PAGE     4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

MARILYN J WALLACE                              EIN/SSN: ████-3904
                                                        ███-7076*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040          TAX PERIOD: DEC  1998

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 09-29-2002 | OVERPAYMENT CREDIT TRANSFERRED 1040  199512 | | (566.73) | |
| 10-30-2002 | OVERPAYMENT CREDIT TRANSFERRED 1040  199512 | | (945.54) | |
| 11-28-2002 | OVERPAYMENT CREDIT TRANSFERRED 1040  199512 | | (722.99) | |
| 11-28-2002 | OVERPAYMENT CREDIT TRANSFERRED 1040  199512 | | (222.55) | |
| 01-28-2003 | OVERPAYMENT CREDIT TRANSFERRED 1040  199512 | | (253.09) | |
| 01-28-2003 | OVERPAYMENT CREDIT TRANSFERRED 1040  199612 | | (692.45) | |
| 02-17-2003 | OVERPAYMENT INTEREST TRANSFERRED 1040  199612 | | (33.14) | |

FORM 4340  (REV. 01-2002)                         PAGE    5

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

MARILYN J WALLACE                          EIN/SSN:  ███████-3904
                                                     ███████-7076*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040          TAX PERIOD: DEC  1998


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| 02-09-2004 | OVERPAYMENT INTEREST TRANSFERRED 1040     199612 | | (1.04) | |
| 05-14-2001 | Statutory Notice of Balance Due | | | |
| 06-04-2001 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE    6

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

-----------------------------------------------------------------------

MARILYN J WALLACE

EIN/SSN: ▅▅▅▅-3904
-7076*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040    TAX PERIOD: DEC 1998

-----------------------------------------------------------------------

BALANCE          0.00

-----------------------------------------------------------------------

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-----------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: *Sally Gale*

PRINT NAME: _____Sally Gale_____

TITLE: _____Supervisor Accounting Technician, Ogden W&I Submission Processing_____

DELEGATION ORDER: _____SW Delegation Order 198_____

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 09/14/2007

FORM 4340  (REV. 01-2002)

PAGE    7



# United States of America

### Department of the Treasury
### Internal Revenue Service

Date: Sept. 14, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Marilyn J. Wallace, SSN: ████-3904 and Spouses SSN: ████-7076*, for U.S. Individual Income Tax Return (Form 1040), for the tax period ending December 31, 1999, consisting of five pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Sally Gale*

Sally Gale
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

MARILYN J WALLACE                     EIN/SSN: ███-3904
                                               █2-7076*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| | ADJUSTED GROSS INCOME 14,887.00 | | | |
| | TAXABLE INCOME 1,337.00 | | | |
| 11-09-2000 | SUBSTITUTE FOR RETURN 29210-316-25709-0 | | 0.00 | 12-11-2000 |
| | ESTIMATED TAX PENALTY 20031108 | | 155.16 | 03-24-2003 |
| | LATE FILING PENALTY 20031108 | | 100.00 | 03-24-2003 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-463-00046-3  20031108 | | 3,206.00 | 03-24-2003 |
| | INTEREST ASSESSED 20031108 | | 930.87 | 03-24-2003 |
| | FAILURE TO PAY TAX PENALTY 20031108 | | 577.08 | 03-24-2003 |
| 07-28-2003 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-19-2003 | FEDERAL TAX LIEN | | | |
| 01-29-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)              PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------

MARILYN J WALLACE                          EIN/SSN: ██████-3904
                                                    ██████-7076*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC 1999


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|-----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 02-25-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE COLL DUE PROCESS NOTICE REFUSED/UNCLAIMED | | | |
| 06-14-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 05-21-2004 | INSTALLMENT AGREEMENT | | | |
| 05-25-2005 | AMENDED RETURN FILED 29277-571-00630-5 | | | |
| 09-19-2005 | REVERSES ACTIVE INSTALLMENT AGREEMENT | | | |
| 02-06-2006 | FAILURE TO PAY TAX PENALTY ABATED | | 526.82- | |
| 03-24-2003 | ESTIMATED TAX PENALTY ABATED | | 155.16- | |
| 03-24-2003 | LATE FILING PENALTY ABATED | | 621.35- | |
| | LATE FILING PENALTY 20031108 | | 621.35 | 03-24-2003 |

FORM 4340 (REV. 01-2002)                    PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

----------------------------------------------------------------------

MARILYN J WALLACE                          EIN/SSN: ███████3904
                                                    ─7076*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| 02-06-2006 | PRIOR TAX ABATED 83254-418-00033-6 | | 3,005.00- | |
| 02-06-2006 | INTEREST ABATED | | 791.97- | |
| 10-16-2006 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 10-23-2006 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 11-20-2006 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |
| 11-13-2006 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-24-2003 | OVERPAID CREDIT APPLIED 1040        199512 | | 56.07 | |
| 06-24-2002 | OVERPAID CREDIT APPLIED 1040        199512 | | 351.26 | |
| 03-05-2007 | INTEREST ABATED | | 82.83- | |

FORM 4340  (REV. 01-2002)                    PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

----------------------------------------------------------------------

MARILYN J WALLACE                          EIN/SSN: ████-3904
                                                    ████-7076*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|--------------------------------------|-----------------------------|----------------------------------|
| 03-05-2007 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 05-11-2007 | FEDERAL TAX LIEN RELEASED | | | |
| 03-24-2003 | Statutory Notice of Balance Due | | | |
| 06-02-2003 | Statutory Notice of Intent to Levy | | | |
| 02-06-2006 | Statutory Notice of Balance Due | | | |
| 07-03-2006 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)                  PAGE    4

## CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

MARILYN J WALLACE

EIN/SSN: ████-3904
-7076*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC 1999

BALANCE         0.00

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

SIGNATURE OF CERTIFYING OFFICER: _Sally Gale_

PRINT NAME:_____Sally Gale_____

TITLE:_____Supervisor Accounting Technician, Ogden W&I Submission Processing__

DELEGATION ORDER:____SW Delegation Order 198_____

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 09/14/2007

FORM 4340  (REV. 01-2002)                    PAGE     5



# United States      of America

### Department of the Treasury
### Internal Revenue Service

Date: Sept. 14, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Marilyn Wallace, SSN: ████3904, for U.S. Individual Income Tax Return (Form 1040), for the tax period ending December 31, 2000, consisting of five pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Sally Gale*

Sally Gale
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                    Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

MARILYN WALLACE                          EIN/SSN: ████████ 3904


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|--------------------------------|
| 05-30-2002 | SUBSTITUTE FOR RETURN 29210-152-25931-2 | 0.00 | | 07-01-2002 |
| | ESTIMATED TAX PENALTY 20031108 | 162.57 | | 03-24-2003 |
| | LATE FILING PENALTY 20031108 | 688.95 | | 03-24-2003 |
| 04-15-2001 | WITHHOLDING CREDIT | | 167.00 | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-463-00051-3  20031108 | 3,229.00 | | 03-24-2003 |
| | INTEREST ASSESSED 20031108 | 492.23 | | 03-24-2003 |
| | FAILURE TO PAY TAX PENALTY 20031108 | 367.44 | | 03-24-2003 |
| 07-28-2003 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-19-2003 | FEDERAL TAX LIEN | | | |
| 01-29-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)              PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------

MARILYN WALLACE                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC 2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 02-25-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE COLL DUE PROCESS NOTICE REFUSED/UNCLAIMED | | | |
| 06-14-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 05-21-2004 | INSTALLMENT AGREEMENT | | | |
| 10-03-2005 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-19-2005 | REVERSES ACTIVE INSTALLMENT AGREEMENT | | | |
| 02-06-2006 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| | FAILURE TO PAY TAX PENALTY 20062508 | | 398.06 | 07-03-2006 |
| | ADDITIONAL TAX ASSESSED 89254-665-18294-6  20064008 | | 0.00 | 10-16-2006 |

FORM 4340  (REV. 01-2002)                    PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

MARILYN WALLACE                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2000


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| 10-16-2006 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 11-06-2006 | FAILURE TO PAY TAX PENALTY ABATED | 765.50- | | |
| 03-24-2003 | ESTIMATED TAX PENALTY ABATED | 162.57- | | |
| 03-24-2003 | LATE FILING PENALTY ABATED | 688.95- | | |
| 04-15-2001 | WITHHOLDING CREDIT REVERSED | | (167.00) | |
| 11-06-2006 | PRIOR TAX ABATED 83254-689-05000-6 | 3,229.00- | | |
| 11-06-2006 | INTEREST ABATED | 492.23- | | |
| 10-23-2006 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 11-06-2006 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)              PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

MARILYN WALLACE                          EIN/SSN: ██████-3904


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2000


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 11-13-2006 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 05-11-2007 | FEDERAL TAX LIEN RELEASED | | | |
| 08-05-2002 | Taxpayer Deliquency Notice | | | |
| 03-24-2003 | Statutory Notice of Balance Due | | | |
| 06-02-2003 | Statutory Notice of Intent to Levy | | | |
| 07-03-2006 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)                   PAGE    4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

------------------------------------------------------------------------

MARILYN WALLACE                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2000
------------------------------------------------------------------------


BALANCE            0.00

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.


------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Sally Gale_

PRINT NAME:_____Sally Gale_____

TITLE:_____Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:____SW Delegation Order 198_____


LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 09/14/2007

FORM 4340  (REV. 01-2002)              PAGE     5

# United States  of America

### Department of the Treasury
### Internal Revenue Service

———

Date:   Sept. 14, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:    is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Marilyn Wallace, SSN: ████████3904, for U.S. Individual Income Tax Return (Form 1040), for the tax period ending December 31, 2001, consisting of five pages ———

under the custody of this office.

IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Sally Gale*

Sally Gale
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

MARILYN WALLACE                          EIN/SSN: ████████3904


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| | ADJUSTED GROSS INCOME 18,449.00 | | | |
| | TAXABLE INCOME 3,249.00 | | | |
| 04-28-2004 | SUBSTITUTE FOR RETURN 29210-888-00000-4 | | 0.00 | 05-17-2004 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION EXAM/COLLECTIONS 90 DAY LETTER UNAGREED, CLOSED TO APPEALS 29247-657-10020-4   20043808 | | 0.00 | 10-04-2004 |
| 09-23-2004 | LEGAL SUIT PENDING | | | |
| | LATE FILING PENALTY 20053008 | | 100.00 | 08-08-2005 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AGREED AUDIT DEFICIENCY PRIOR TO 30 OR 60 DAY LETTER 49247-599-70015-5   20053008 | 321.55 | | 08-08-2005 |
| 08-08-2005 | RENUMBERED RETURN 49247-599-70015-5 | | | |
| 07-18-2005 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 07-18-2005 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 10-04-2007 | | | |
| | INTEREST ASSESSED 20053008 | 76.03 | | 08-08-2005 |
| 05-21-2004 | INSTALLMENT AGREEMENT | | | |

FORM 4340  (REV. 01-2002)              PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

MARILYN WALLACE                          EIN/SSN: ███████3904

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC 2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|-----------------------------|--------------------------------------|-----------------------------|----------------------------------|
| 10-03-2005 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-19-2005 | REVERSES ACTIVE INSTALLMENT AGREEMENT | | | |
| 10-07-2005 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 10-27-2005 | COLLECTIONS WORKING CASE | | | |
| 11-09-2005 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 01-02-2006 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 10-27-2005 | LEGAL SUIT PENDING | | | |
| 09-20-2006 | COLL DUE PROC HRNG RSLVD BY APPEALS-DETRMINATN LTR ISSUED, TXPYR WAIVD JUDCL REVW OR WTHDRW HRNG RQST | | | |

FORM 4340  (REV. 01-2002)                    PAGE     2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

--------------------------------------------------------------------------

MARILYN WALLACE                    EIN/SSN: ▆▆▆▆▆3904


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2001


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|--------------------------------|
| 08-05-2006 | LEGAL SUIT NO LONGER PENDING | | | |
| 10-16-2006 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 10-23-2006 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 11-20-2006 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |
| 11-13-2006 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-24-2002 | OVERPAID CREDIT APPLIED 1040      199512 | | 220.22 | |
| 08-08-2005 | OVERPAID CREDIT APPLIED 1040      199512 | | 7.13 | |
| 07-31-2002 | OVERPAID CREDIT APPLIED 1040      199512 | | 201.33 | |

FORM 4340  (REV. 01-2002)              PAGE     3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

MARILYN WALLACE                        EIN/SSN: ███████-3904


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2001


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|--------------------------------|
| 03-05-2007 | INTEREST ABATED | | 68.90- | |
| 03-05-2007 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-08-2005 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)              PAGE    4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

MARILYN WALLACE                          EIN/SSN: ▓▓▓▓▓-3904

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2001

BALANCE            0.00

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

SIGNATURE OF CERTIFYING OFFICER: _Sally Gale_

PRINT NAME:_____Sally Gale_____

TITLE:_____Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:_____SW Delegation Order 198_____

LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 09/14/2007

FORM 4340  (REV. 01-2002)                 PAGE     5



# United States of America

### Department of the Treasury
### Internal Revenue Service

Date: Sept. 14, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:    is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Marilyn Wallace, SSN: ███████3904, for U.S. Individual Income Tax Return (Form 1040), for the tax period ending December 31, 2002, consisting of five pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Sally Gale*

Sally Gale
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

MARILYN WALLACE                         EIN/SSN: ████-3904


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2002

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| | ADJUSTED GROSS INCOME 18,323.00 | | | |
| | TAXABLE INCOME 2,673.00 | | | |
| 04-28-2004 | SUBSTITUTE FOR RETURN 29210-888-00000-4 | 0.00 | | 05-17-2004 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION EXAM/COLLECTIONS 90 DAY LETTER UNAGREED, CLOSED TO APPEALS 29247-657-10019-4  20043808 | 0.00 | | 10-04-2004 |
| 09-23-2004 | LEGAL SUIT PENDING | | | |
| | LATE FILING PENALTY 20053008 | 100.00 | | 08-08-2005 |
| 04-15-2003 | WITHHOLDING CREDIT | | 36.00 | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AGREED AUDIT DEFICIENCY PRIOR TO 30 OR 60 DAY LETTER 49247-599-70016-5  20053008 | 266.00 | | 08-08-2005 |
| 07-18-2005 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 07-18-2005 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 10-04-2007 | | | |
| | INTEREST ASSESSED 20053008 | 37.88 | | 08-08-2005 |
| 05-21-2004 | INSTALLMENT AGREEMENT | | | |

FORM 4340  (REV. 01-2002)                    PAGE     1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

MARILYN WALLACE                          EIN/SSN: ████████-3904


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2002

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|--------------------|-------------|------------------|
| 10-03-2005 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-19-2005 | REVERSES ACTIVE INSTALLMENT AGREEMENT | | | |
| 10-07-2005 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 10-27-2005 | COLLECTIONS WORKING CASE | | | |
| 11-09-2005 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 01-02-2006 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 10-27-2005 | LEGAL SUIT PENDING | | | |
| 09-20-2006 | COLL DUE PROC HRNG RSLVD BY APPEALS-DETRMINATN LTR ISSUED, TXPYR WAIVD JUDCL REVW OR WTHDRW HRNG RQST | | | |

FORM 4340  (REV. 01-2002)                    PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

--------------------------------------------------------------------------------

MARILYN WALLACE                          EIN/SSN: ███████3904


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2002


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| | ADDITIONAL TAX ASSESSED 89254-665-00051-6  20064008 | | 0.00 | 10-16-2006 |
| 08-05-2006 | LEGAL SUIT NO LONGER PENDING | | | |
| 10-16-2006 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 10-23-2006 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 11-20-2006 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |
| 11-13-2006 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-15-2003 | OVERPAID CREDIT APPLIED 1040        199512 | | 31.28 | |
| 04-15-2003 | OVERPAID CREDIT APPLIED 1040        199512 | | 234.72 | |

FORM 4340  (REV. 01-2002)              PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------

MARILYN WALLACE                          EIN/SSN: ●●●●●●-3904


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2002


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 04-15-2003 | OVERPAID CREDIT APPLIED 1040        199512 | | 64.00 | |
| 03-05-2007 | INTEREST ABATED | 37.88- | | |
| 03-05-2007 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-15-2004 | Taxpayer Deliquency Notice | | | |
| 08-08-2005 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)              PAGE    4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

------------------------------------------------------------------------

MARILYN WALLACE                              EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2002
------------------------------------------------------------------------


BALANCE            0.00

------------------------------------------------------------------------

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: *Sally Gale*

PRINT NAME:_____Sally Gale_____

TITLE:_____Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:_____SW Delegation Order 198_____


LOCATION: INTERNAL REVENUE SERVICE


          ACCOUNT STATUS DATE 09/14/2007

FORM 4340  (REV. 01-2002)              PAGE     5



# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Sept. 14, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Marilyn Wallace, SSN ███████-3904, for U.S. Individual Income Tax Return (Form 1040), for the tax period ending December 31, 2004, consisting of two pages

under the custody of this office.

IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Sally Gale
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

MARILYN WALLACE                          EIN/SSN: ██████-3904


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2004

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 07-24-2007 | SUBSTITUTE FOR RETURN 29210-888-00000-7 | | 0.00 | 08-13-2007 |
| 05-01-2006 | Taxpayer Deliquency Notice | | | |

FORM 4340  (REV. 01-2002)                    PAGE     1

**CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS**

---

MARILYN WALLACE                              EIN/SSN: ███████-3904

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 2004

---

BALANCE          0.00

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER: *Sally Gale*

PRINT NAME:_____Sally Gale_____

TITLE:_____Supervisor Accounting Technician, Ogden W&I Submission Processing_____

DELEGATION ORDER:_____SW Delegation Order 198_____

LOCATION: INTERNAL REVENUE SERVICE

              ACCOUNT STATUS DATE 09/14/2007

FORM 4340  (REV. 01-2002)                    PAGE     2



# United States    of America

### Department of the Treasury
### Internal Revenue Service

Date:    Nov. 05, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Marilyn Wallace, SSN: ▰▰▰3904, for Civil Penalty, for the tax period ending December 31, 1985, consisting of three pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake*

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                    Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------

MARILYN WALLACE                          EIN/SSN: ███████-3904


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN     TAX PERIOD: DEC  1985

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| | MISCELLANEOUS PENALTY IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME TAX RETURN 29254-443-52028-8  19980708 | 500.00 | | 03-02-1998 |
| | ADDITIONAL TAX ASSESSED 29254-443-52028-8  19980708 | 0.00 | | 03-02-1998 |
| 06-19-1998 | FEDERAL TAX LIEN | | | |
| 07-13-1998 | FEES AND COLLECTION COSTS | 15.00 | | |
| 02-14-2000 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-12-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 03-14-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 10-30-2001 | SUBSEQUENT PAYMENT | | 945.54 | |
| | INTEREST ASSESSED 20014508 | 178.18 | | 11-19-2001 |

FORM 4340  (REV. 01-2002)              PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

MARILYN WALLACE                              EIN/SSN: ███████-3904


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        .TAX PERIOD: DEC  1985

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 10-30-2001 | OVERPAYMENT CREDIT TRANSFERRED 1040      199712 | | (252.36) | |
| 11-19-2001 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 11-05-2001 | LEGAL SUIT PENDING | | | |
| 03-20-2002 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 04-02-2002 | SUBSEQUENT PAYMENT | | 945.54 | |
| 04-02-2002 | OVERPAYMENT CREDIT TRANSFERRED 1040      199712 | | (319.76) | |
| 04-02-2002 | OVERPAYMENT CREDIT TRANSFERRED 1040      199812 | | (625.78) | |
| 10-17-2003 | FEDERAL TAX LIEN RELEASED | | | |
| 03-02-1998 | Statutory Notice of Balance Due | | | |
| 04-27-1998 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

MARILYN WALLACE                        EIN/SSN: ▓▓▓▓▓-3904


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1985
--------------------------------------------------------------------


BALANCE          0.00

--------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: *Linda L. Drake*

PRINT NAME:  Linda L. Drake

TITLE:  Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:  SW Delegation Order 198


LOCATION: INTERNAL REVENUE SERVICÉ


         ACCOUNT STATUS DATE 11/05/2007

FORM 4340  (REV. 01-2002)                  PAGE    3



# United States          of America

### Department of the Treasury
### Internal Revenue Service

Date:  Nov. 05, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Marilyn Wallace, SSN: ■■■■-3904, for Civil Penalty, for the tax period ending December 31, 1986, consisting of three pages —————————————

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E                    Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

--------------------------------------------------------------------------------

MARILYN WALLACE                                    EIN/SSN: ███████-3904


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1986

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| | MISCELLANEOUS PENALTY IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME TAX RETURN 29254-443-52029-8  19980708 | 500.00 | | 03-02-1998 |
| | ADDITIONAL TAX ASSESSED 29254-443-52029-8  19980708 | 0.00 | | 03-02-1998 |
| 06-19-1998 | FEDERAL TAX LIEN | | | |
| 02-14-2000 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-12-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED: | | | |
| 03-14-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 11-05-2001 | LEGAL SUIT PENDING | | | |
| 11-25-2001 | SUBSEQUENT PAYMENT | | 945.54 | |
| | INTEREST ASSESSED 20014908 | 176.94 | | 12-17-2001 |

FORM 4340  (REV. 01-2002)                          PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

--------------------------------------------------------------------

MARILYN WALLACE

EIN/SSN: ▆▆▆▆▆-3904

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1986

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|--------------------------------------|-----------------------------|----------------------------------|
| 01-30-2002 | SUBSEQUENT PAYMENT | | 945.54 | |
| 02-28-2002 | SUBSEQUENT PAYMENT | | 945.54 | |
| 03-20-2002 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 11-25-2001 | OVERPAYMENT CREDIT TRANSFERRED 1040      199712 | | (268.60) | |
| 01-30-2002 | OVERPAYMENT CREDIT TRANSFERRED 1040      199712 | | (945.54) | |
| 02-28-2002 | OVERPAYMENT CREDIT TRANSFERRED 1040      199712 | | (945.54) | |
| 04-15-2002 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 10-17-2003 | FEDERAL TAX LIEN RELEASED | | | |
| 03-02-1998 | Statutory Notice of Balance Due | | | |
| 04-27-1998 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE     2

# CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

MARILYN WALLACE

EIN/SSN: ⬛⬛⬛⬛⬛-3904

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: DEC  1986

---

BALANCE          0.00

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER: *Linda L. Drake*

PRINT NAME: ___Linda L. Drake___

TITLE: ___Supervisor Accounting Technician, Ogden W&I Submission Processing___

DELEGATION ORDER: ___SW Delegation Order 198___

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 11/05/2007

FORM 4340  (REV. 01-2002)                    PAGE      3



# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Nov. 05, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Marilyn Wallace, SSN ███-██-3904, for Civil Penalty, for the tax period ending December 31, 1987, consisting of three pages ─────────────────────────

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake*

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E                    Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------

MARILYN WALLACE                          EIN/SSN: ████-3904


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  1987

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| | MISCELLANEOUS PENALTY IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME TAX RETURN 29254-443-52030-8  19980708 | | 500.00 | 03-02-1998 |
| | ADDITIONAL TAX ASSESSED 29254-443-52030-8  19980708 | | 0.00 | 03-02-1998 |
| 06-19-1998 | FEDERAL TAX LIEN | | | |
| 02-14-2000 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-12-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 03-14-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 11-05-2001 | LEGAL SUIT PENDING | | | |
| 03-20-2002 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 04-29-2002 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)              PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

MARILYN WALLACE                    EIN/SSN: ███-██-3904


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  1987

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 05-01-2002 | SUBSEQUENT PAYMENT | | 500.00 | |
| 06-10-2002 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 05-29-2002 | SUBSEQUENT PAYMENT | | 945.54 | |
| | INTEREST ASSESSED 20022408 | 194.90 | | 06-24-2002 |
| 05-29-2002 | OVERPAYMENT CREDIT TRANSFERRED 1040      199812 | | (750.64) | |
| 06-24-2002 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 10-17-2003 | FEDERAL TAX LIEN RELEASED | | | |
| 03-02-1998 | Statutory Notice of Balance Due | | | |
| 04-27-1998 | Statutory Notice of Intent to Levy | | | |
| 04-15-2002 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)              PAGE    2

## CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---------------------------------------------------------------

MARILYN WALLACE                          EIN/SSN: ████████-3904


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1987
---------------------------------------------------------------


BALANCE              0.00

---------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: *Linda L. Drake*

PRINT NAME: Linda L. Drake

TITLE: Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER: SW Delegation Order 198


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 11/05/2007

FORM 4340  (REV. 01-2002)                    PAGE     3



# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date:  **Nov. 05, 2007**

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Marilyn Wallace, SSN: ████-3904, for Civil Penalty, for the tax period ending December 31, 1988, consisting of three pages

under the custody of this office.

IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake*

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

--------------------------------------------------------------------------

MARILYN WALLACE                          EIN/SSN: ██████-3904


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1988

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| | MISCELLANEOUS PENALTY IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME TAX RETURN 29254-443-52031-8  19980708 | 500.00 | | 03-02-1998 |
| | ADDITIONAL TAX ASSESSED 29254-443-52031-8  19980708 | 0.00 | | 03-02-1998 |
| 06-19-1998 | FEDERAL TAX LIEN | | | |
| 02-14-2000 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-12-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 03-14-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 11-05-2001 | LEGAL SUIT PENDING | | | |
| 03-20-2002 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 04-29-2002 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

MARILYN WALLACE                              EIN/SSN: ███-3904

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1988

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| 05-01-2002 | SUBSEQUENT PAYMENT | | 445.54 | |
| 06-10-2002 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-24-2002 | SUBSEQUENT PAYMENT | | 945.54 | |
|  | INTEREST ASSESSED 20022808 | 196.37 | | 07-22-2002 |
| 06-24-2002 | OVERPAYMENT CREDIT TRANSFERRED 1040       199812 | | (694.71) | |
| 07-22-2002 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 10-17-2003 | FEDERAL TAX LIEN RELEASED | | | |
| 03-02-1998 | Statutory Notice of Balance Due | | | |
| 04-27-1998 | Statutory Notice of Intent to Levy | | | |
| 04-15-2002 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE      2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

--------------------------------------------------------------------------

MARILYN WALLACE                              EIN/SSN: ██████-3904


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN          TAX PERIOD: DEC  1988

--------------------------------------------------------------------------


BALANCE           0.00

--------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Linda L. Drake_

PRINT NAME: ___Linda L. Drake___

TITLE: ___Supervisor Accounting Technician, Ogden W&I Submission Processing___

DELEGATION ORDER: ___SW Delegation Order 198___


LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 11/05/2007

FORM 4340  (REV. 01-2002)                    PAGE     3



# United States of America

### Department of the Treasury
### Internal Revenue Service

Date: **Nov. 05, 2007**

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Marilyn Wallace, SSN: ████3904, for Civil Penalty, for the tax period ending December 31, 1989, consisting of three pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake*

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

MARILYN WALLACE                         EIN/SSN: ██████-3904

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: DEC  1989

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| | MISCELLANEOUS PENALTY IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME TAX RETURN 29254-443-52032-8  19980708 | | 500.00 | 03-02-1998 |
| | ADDITIONAL TAX ASSESSED 29254-443-52032-8  19980708 | | 0.00 | 03-02-1998 |
| 06-19-1998 | FEDERAL TAX LIEN | | | |
| 02-14-2000 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-12-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 03-14-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 11-05-2001 | LEGAL SUIT PENDING | | | |
| 03-20-2002 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 04-29-2002 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340   (REV. 01-2002)                    PAGE     1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------

MARILYN WALLACE                          EIN/SSN: ████████3904


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: DEC  1989

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-----|-----|-----|
| 06-10-2002 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-31-2002 | SUBSEQUENT PAYMENT | | 945.54 | |
| | INTEREST ASSESSED 20023208 | 205.80 | | 08-19-2002 |
| 07-31-2002 | OVERPAYMENT CREDIT TRANSFERRED 1040        199812 | | (239.74) | |
| 08-19-2002 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 10-17-2003 | FEDERAL TAX LIEN RELEASED | | | |
| 03-02-1998 | Statutory Notice of Balance Due | | | |
| 04-27-1998 | Statutory Notice of Intent to Levy | | | |
| 04-15-2002 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)              PAGE     2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

--------------------------------------------------------------------

MARILYN WALLACE                          EIN/SSN: ▮▮▮▮▮▮3904

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1989
--------------------------------------------------------------------

BALANCE          0.00

--------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Linda L. Drake_

PRINT NAME:___Linda L. Drake_____

TITLE:___Supervisor Accounting Technician, Ogden W&I Submission Processing_

DELEGATION ORDER:___SW Delegation Order 198_____

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 11/05/2007
FORM 4340  (REV. 01-2002)              PAGE    3



# United States of America

**Department of the Treasury
Internal Revenue Service**

Date: Nov. 05, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Marilyn Wallace, SSN: ████3904, for Civil Penalty, for the tax period ending December 31, 1990, consisting of four pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                    Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

MARILYN WALLACE                            EIN/SSN: ████-3904


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1990

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| | MISCELLANEOUS PENALTY IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME TAX RETURN 29254-443-52033-8  19980708 | | 500.00 | 03-02-1998 |
| | ADDITIONAL TAX ASSESSED 29254-443-52033-8  19980708 | | 0.00 | 03-02-1998 |
| 06-19-1998 | FEDERAL TAX LIEN | | | |
| 02-14-2000 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-12-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 03-14-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 11-05-2001 | LEGAL SUIT PENDING | | | |
| 03-20-2002 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 04-29-2002 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

MARILYN WALLACE                    EIN/SSN: ▉▉▉▉▉-3904


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1990

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|--------------------------------|
| 06-10-2002 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-24-2003 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-24-2003 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-14-2003 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |
| 04-14-2003 | FINAL NOTICE BEFORE LEVY ON SOCIAL SECURITY BENEFITS GENERATED AND MAILED | | | |
| 03-30-2003 | SUBSEQUENT PAYMENT | | 945.54 | |
| | INTEREST ASSESSED 20031508 | 232.65 | | 04-21-2003 |
| 03-30-2003 | OVERPAYMENT CREDIT TRANSFERRED 1040      199412 | | (212.89) | |

FORM 4340  (REV. 01-2002)            PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------

MARILYN WALLACE                    EIN/SSN: ████████-3904


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1990

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|

----------------------------------------------------------------------

04-21-2003 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

10-17-2003 FEDERAL TAX LIEN RELEASED

04-22-2003 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           COLL DUE PROCESS NOTICE
           REFUSED/UNCLAIMED

03-02-1998 Statutory Notice of Balance Due

04-27-1998 Statutory Notice of Intent to Levy

04-15-2002 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)              PAGE     3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

--------------------------------------------------------------------

MARILYN WALLACE                         EIN/SSN: ▓▓▓▓▓-3904


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC 1990
--------------------------------------------------------------------


BALANCE          0.00

--------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: *Linda L. Drake*

PRINT NAME:    Linda L. Drake

TITLE:    Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:    SW Delegation Order 198


LOCATION: INTERNAL REVENUE SERVICE

            ACCOUNT STATUS DATE 11/05/2007
FORM 4340  (REV. 01-2002)                    PAGE    4



**United States** of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Nov. 05, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Marilyn Wallace, SSN: ███████3904, for Civil Penalty, for the tax period ending December 31, 1991, consisting of four pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

MARILYN WALLACE                          EIN/SSN: ▮▮▮▮▮-3904


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1991

|  |  | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| DATE | EXPLANATION OF TRANSACTION |  |  |  |
|  | MISCELLANEOUS PENALTY IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME TAX RETURN 29254-443-52034-8  19980708 | 500.00 |  | 03-02-1998 |
|  | ADDITIONAL TAX ASSESSED 29254-443-52034-8  19980708 | 0.00 |  | 03-02-1998 |
| 06-19-1998 | FEDERAL TAX LIEN |  |  |  |
| 02-14-2000 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM |  |  |  |
| 03-12-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED |  |  |  |
| 03-14-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED |  |  |  |
| 11-05-2001 | LEGAL SUIT PENDING |  |  |  |
| 03-20-2002 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING |  |  |  |
| 04-29-2002 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM |  |  |  |

FORM 4340  (REV. 01-2002)                    PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

MARILYN WALLACE                          EIN/SSN: ██████-3904


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1991

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 06-10-2002 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-24-2003 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-24-2003 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-14-2003 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |
| 04-14-2003 | FINAL NOTICE BEFORE LEVY ON SOCIAL SECURITY BENEFITS GENERATED AND MAILED | | | |
| 06-29-2003 | SUBSEQUENT PAYMENT | | 741.94 | |
| | INTEREST ASSESSED 20032808 | 241.94 | | 07-21-2003 |
| 07-03-2003 | SUBSEQUENT PAYMENT | | 140.55 | |

FORM 4340  (REV. 01-2002)                PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

MARILYN WALLACE                         EIN/SSN: ▓▓▓▓▓▓ 3904

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1991

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|--------------------------------|
--------------------------------------------------------------------------

07-28-2003 FEDERAL PAYMENT MATCHED
           OR LEVIED THROUGH FEDERAL
           PAYMENT LEVY PROGRAM
           GENERATED AND MAILED

07-21-2003 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

07-28-2003 INTEREST ABATED                              0.10-

06-29-2003 OVERPAYMENT CREDIT                                      (0.10)
           TRANSFERRED
           1040        199412

07-03-2003 OVERPAYMENT CREDIT                                     (140.55)
           TRANSFERRED
           1040        199412

10-17-2003 FEDERAL TAX LIEN RELEASED

04-22-2003 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           COLL DUE PROCESS NOTICE
           REFUSED/UNCLAIMED

03-02-1998 Statutory Notice of Balance Due

04-27-1998 Statutory Notice of Intent to Levy

04-15-2002 Statutory Notice of Intent to Levy

FORM 4340  (REV. 01-2002)                    PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

MARILYN WALLACE                              EIN/SSN: ███████-6904


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN         TAX PERIOD: DEC  1991
--------------------------------------------------------------------------


BALANCE            0.00

--------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER *Linda L. Drake*

PRINT NAME: Linda L. Drake

TITLE: Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER: SW Delegation Order 198


LOCATION: INTERNAL REVENUE SERVICE


            ACCOUNT STATUS DATE 11/05/2007

FORM 4340  (REV. 01-2002)                    PAGE    4



# United States ⬤ of America

### Department of the Treasury
### Internal Revenue Service

_____

Date: Nov. 05, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Marilyn Wallace, SSN ███████3904, for Civil Penalty, for the tax period ending December 31, 1992, consisting of five pages ————————————————————

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

_Linda J. Drake_

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                    Form 2866 (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

MARILYN WALLACE                        EIN/SSN: ████████-3904


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  1992

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
-------------------------------------------------------------------------------

| | MISCELLANEOUS PENALTY IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME TAX RETURN 29254-443-52035-8  19980708 | | 500.00 | 03-02-1998 |
| | ADDITIONAL TAX ASSESSED 29254-443-52035-8  19980708 | | 0.00 | 03-02-1998 |
| 06-19-1998 | FEDERAL TAX LIEN | | | |
| 02-14-2000 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-12-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE. LEVY NOTICE ISSUED | | | |
| 03-14-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 11-05-2001 | LEGAL SUIT PENDING | | | |
| 03-20-2002 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 04-29-2002 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                    PAGE     1

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

MARILYN WALLACE                          EIN/SSN: ██████-3904


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: DEC  1992

                                    ASSESSMENT,     PAYMENT,      ASSESSMENT
                                    OTHER DEBITS     CREDIT       DATE (23C,
DATE        EXPLANATION OF TRANSACTION (REVERSAL)   (REVERSAL)    RAC 006 )
--------------------------------------------------------------------------------

06-10-2002 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

03-24-2003 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

03-24-2003 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

04-14-2003 FEDERAL PAYMENT MATCHED
           OR LEVIED THROUGH FEDERAL
           PAYMENT LEVY PROGRAM
           GENERATED AND MAILED

04-14-2003 FINAL NOTICE BEFORE LEVY
           ON SOCIAL SECURITY
           BENEFITS GENERATED AND
           MAILED

06-29-2003 SUBSEQUENT PAYMENT                         203.60

08-18-2003 FEDERAL PAYMENT MATCHED
           OR LEVIED THROUGH FEDERAL
           PAYMENT LEVY PROGRAM
           GENERATED AND MAILED

FORM 4340  (REV. 01-2002)                  PAGE    2
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

MARILYN WALLACE                          EIN/SSN: ███████-3904


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  1992

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 08-01-2003 | SUBSEQUENT PAYMENT | | 140.55 | |
| 08-26-2003 | SUBSEQUENT PAYMENT | | 945.54 | |
| 09-03-2003 | SUBSEQUENT PAYMENT | | 140.55 | |
| | INTEREST ASSESSED 20033708 | 245.64 | | 09-22-2003 |
| 08-26-2003 | OVERPAYMENT CREDIT TRANSFERRED 1040        199412 | | (544.05) | |
| 09-03-2003 | OVERPAYMENT CREDIT TRANSFERRED 1040        199412 | | (140.55) | |
| 09-22-2003 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 10-17-2003 | FEDERAL TAX LIEN RELEASED | | | |
| 04-22-2003 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE COLL DUE PROCESS NOTICE REFUSED/UNCLAIMED | | | |
| 03-02-1998 | Statutory Notice of Balance Due | | | |
| 04-27-1998 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                  PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------

MARILYN WALLACE                          EIN/SSN: ███████3904


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1992

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT, DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|

-------------------------------------------------------------------------

04-15-2002 Statutory Notice of Intent to Levy

FORM 4340  (REV. 01-2002)                    PAGE    4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

------------------------------------------------------------------

MARILYN WALLACE                      EIN/SSN: ████████-3904


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1992
------------------------------------------------------------------


BALANCE           0.00

------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: *Linda L. Drake*

PRINT NAME:  Linda L. Drake

TITLE:  Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:  SW Delegation Order 198


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 11/05/2007

FORM 4340  (REV. 01-2002)              PAGE    5



# United States    of America

### Department of the Treasury
### Internal Revenue Service

Date:  Nov. 05, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Marilyn Wallace, SSN: 3▓▓▓▓-3904, for Civil Penalty, for the tax period ending December 31, 1993, consisting of four pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake*

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------

MARILYN WALLACE                    EIN/SSN: ████████-3904


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  1993

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| | MISCELLANEOUS PENALTY IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME TAX RETURN 29254-443-52036-8  19980708 | | 500.00 | 03-02-1998 |
| | ADDITIONAL TAX ASSESSED 29254-443-52036-8  19980708 | | 0.00 | 03-02-1998 |
| 06-19-1998 | FEDERAL TAX LIEN | | | |
| 02-14-2000 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-12-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 03-14-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 11-05-2001 | LEGAL SUIT PENDING | | | |
| 03-20-2002 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 04-29-2002 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                    PAGE      1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

MARILYN WALLACE                          EIN/SSN: ▓▓▓▓▓▓3904


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1993

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|--------------------------------------|----------------------------|----------------------------------|
| 06-10-2002 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-24-2003 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-24-2003 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-14-2003 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |
| 04-14-2003 | FINAL NOTICE BEFORE LEVY ON SOCIAL SECURITY BENEFITS GENERATED AND MAILED | | | |
| 10-20-2003 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |
| 09-29-2003 | SUBSEQUENT PAYMENT | | 751.24 | |

FORM 4340  (REV. 01-2002)                    PAGE     2

## CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

MARILYN WALLACE                          EIN/SSN: ▓▓▓▓▓-3904


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  1993

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|-----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 10-03-2003 | SUBSEQUENT PAYMENT | | 140.55 | |
| | INTEREST ASSESSED 20034208 | 251.25 | | 10-27-2003 |
| 10-03-2003 | OVERPAYMENT CREDIT TRANSFERRED 1040      199412 | | (140.54) | |
| 10-27-2003 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 10-17-2003 | FEDERAL TAX LIEN RELEASED | | | |
| 04-22-2003 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE COLL DUE PROCESS NOTICE REFUSED/UNCLAIMED | | | |
| 03-02-1998 | Statutory Notice of Balance Due | | | |
| 04-27-1998 | Statutory Notice of Intent to Levy | | | |
| 04-15-2002 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE    3

## CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

MARILYN WALLACE                          EIN/SSN: ■■■■■■3904


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC 1993

---

BALANCE            0.00

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER: *Linda L. Drake*

PRINT NAME:   Linda L. Drake

TITLE:    Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:    SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 11/05/2007

FORM 4340  (REV. 01-2002)                    PAGE    4



# United States    of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Nov. 05, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Marilyn Wallace, SSN: ███-██-3904, for Civil Penalty, for the tax period ending December 31, 1994, consisting of four pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake*

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Form **2866** (Rev. 09-1997)

Catalog Number 19002E

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

MARILYN WALLACE                          EIN/SSN: ▓▓▓▓▓▓3904


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1994

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| | MISCELLANEOUS PENALTY IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME TAX RETURN 29254-443-52037-8  19980708 | 500.00 | | 03-02-1998 |
| | ADDITIONAL TAX ASSESSED 29254-443-52037-8  19980708 | 0.00 | | 03-02-1998 |
| 06-19-1998 | FEDERAL TAX LIEN | | | |
| 02-14-2000 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-12-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 03-14-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 11-05-2001 | LEGAL SUIT PENDING | | | |
| 03-20-2002 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 04-29-2002 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

MARILYN WALLACE                        EIN/SSN: ██████-3904

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1994

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|--------------------------------------|-----------------------------|----------------------------------|
| 06-10-2002 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-24-2003 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-24-2003 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-14-2003 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |
| 04-14-2003 | FINAL NOTICE BEFORE LEVY ON SOCIAL SECURITY BENEFITS GENERATED AND MAILED | | | |
| 07-30-2003 | SUBSEQUENT PAYMENT | | 945.54 | |
| | INTEREST ASSESSED 20033308 | 245.00 | | 08-25-2003 |
| 07-30-2003 | OVERPAYMENT CREDIT TRANSFERRED 1040        199412 | | (200.54) | |

FORM 4340  (REV. 01-2002)                PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

MARILYN WALLACE                    EIN/SSN: ████-3904


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: DEC  1994

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| 08-25-2003 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 10-17-2003 | FEDERAL TAX LIEN RELEASED | | | |
| 04-22-2003 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE COLL DUE PROCESS NOTICE REFUSED/UNCLAIMED | | | |
| 03-02-1998 | Statutory Notice of Balance Due | | | |
| 04-27-1998 | Statutory Notice of Intent to Levy | | | |
| 04-15-2002 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

MARILYN WALLACE                          EIN/SSN: ███████3904


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1994
-----------------------------------------------------------------------------


BALANCE            0.00

-----------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-----------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: *Linda L. Drake*

PRINT NAME:   Linda L. Drake

TITLE:   Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:   SW Delegation Order 198


LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 11/05/2007

FORM 4340  (REV. 01-2002)                    PAGE    4

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARILYN WALLACE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:07-cv-01837-RMU |
| | ) | |
| UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Having considered plaintiff's motion for maximum damages, together with the

memorandum of support thereof, and having fully considered the United States'

opposition thereto, the Court concludes that the motion ought to be denied.

Accordingly, it is this ___ day of _____, 2008, at Washington, District of Columbia,

ORDERED that the plaintiff's motion for maximum damages is DENIED and it is

further

ORDERED that the Clerk shall distribute conformed copies of this order to the

parties and representatives of the parties listed below.

_____ _____
UNITED STATES DISTRICT JUDGE

Copies to:

ARI D. KUNOFSKY                    ELIAS AOUN
Trial Attorney, Tax Division       1730 N. Lynn  St. # A-22
U.S. Department of Justice         Arlington, VA 22209
PO Box 227
Washington, DC 20044

**<u>Certificate of Service</u>**

I certify that the United States' *Memorandum of Law in Opposition to the Motion for Maximum Damages* and proposed *Order* were served on January 15, 2008 on the following by electronic service:

ELIAS AOUN
1730 N. Lynn  St. # A-22
Arlington, VA 22209
*Plaintiff's Counsel*

/s/ Ari Kunofsky
Ari D. Kunofsky