UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| MARILYN WALLACE, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 07-1837 (RMU) |
| | : | | |
| v. | : | Document Nos.: | 5, 6 |
| | : | | |
| UNITED STATES OF AMERICA, | : | | |
| | : | | |
| Defendant. | : | | |
| | : | | |

### ORDER

GRANTING THE DEFENDANT'S MOTION TO TRANSFER VENUE AND
DENYING THE DEFENDANT'S MOTION TO DISMISS

For the reasons stated in this court's Memorandum Opinion separately and contemporaneously issued this 3rd day of June 2008, it is hereby

**ORDERED** that the defendant's motion to transfer is **GRANTED** and the case is hereby **TRANSFERRED** to the U.S. District Court for the District of Wyoming; and it is

**FURTHER ORDERED** that the defendant's motion to dismiss is **DENIED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge